JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JIMENEZ, | NO. CV 10-7108-MMM (AGR) |
|     Petitioner, | |
|   v. | JUDGMENT |
| M. MARTEL, et al., | |
|     Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's motion to dismiss is granted and judgment be entered denying the petition and dismissing this action with prejudice.

DATED: March 31, 2014

_____
MARGARET M. MORROW
United States District Judge